WILLIAM K. HARRINGTON
United States Trustee for Region 2
One Bowling Green, Room 534
New York, New York 10004
Telephone: (212) 510-0500
By: Daniel Rudewicz, Trial Attorney

**Hearing Date: April 15, 2026**
**Hearing Time: 11:00 a.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>   Creative Kids Enterprises LLC,<br><br>   Debtor. | Chapter 11<br><br>Case No. 25-23105 (SAB) |

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that a status conference will be held before the Honorable

Shireen A. Barday, United States Bankruptcy Judge for the Southern District of New York, on

**April 15, 2026, at 11:00 a.m.** (the "Hearing").

PLEASE TAKE FURTHER NOTICE, that the Hearing will be held via Zoom for

Government. Participants are required to register their appearance by 4:00 p.m. the day before

the Hearing by utilizing the Electronic Appearance portal located on the Court's website at

https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Dated: New York, New York
      March 9, 2026

                                      WILLIAM K. HARRINGTON
                                      UNITED STATES TRUSTEE

              By:    */s/ Daniel Rudewicz*
                     Daniel Rudewicz, Trial Attorney
                     Office of the United States Trustee
                     One Bowling Green, Room 534
                     New York, New York 10004
                     Telephone: (212) 510-0500