**GT** GreenbergTraurig

Philip J George
1.678.553.2285
Philip.George@gtlaw.com

April 27, 2026

<u>**Via Email:**</u>
Honorable Shireen A. Barday
U.S. Bankruptcy Court
Southern District of New York
(White Plains)
300 Quarropas Street
White Plains, NY 10601-4140

Re: *Creative Kids Enterprises LLC*, Bankruptcy Petition No. 25-23105
   *Creative Kids Enterprises LLC v. Viahart LLC*, Adversary Proceeding No. 25-07038

Dear Judge Barday:

Greenberg Traurig, LLP, counsel for Viahart LLC ("Viahart"), the Defendant in the above-captioned adversary proceeding and a party in interest in the above-captioned Chapter 11 case, respectfully submits this letter to advise the Court and all interested parties that two matters are scheduled to be heard on April 28, 2026 at 11:00 a.m. (Eastern Time), and that both hearings will be conducted virtually via Zoom video conference.

Specifically, the following matters are scheduled for hearing at that date and time:

1. Bankruptcy Case (Case No. 25-23105-sab): Hearing on the United States Trustee's application for an order converting this Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code, or in the alternative, dismissing this Chapter 11 case, as noticed by the Clerk of the Court on March 27, 2026 [Dkt. No. 24]; and

2. Adversary Proceeding (Adv. Pro. No. 25-07038-shl): Hearing on Viahart LLC's Motion to Dismiss the Adversary Amended Complaint filed by Plaintiff Creative Kids Enterprises LLC pursuant to Federal Rules of Civil Procedure 12(b)(6), as made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure [Dkt. No. 25].

Both hearings will be conducted virtually via zoom video conference.

All parties and counsel wishing to appear at either or both hearings should access the virtual hearing using the Zoom information provided above. Parties are respectfully reminded to comply with the Court's guidelines for virtual hearings, including logging in with their full name and maintaining appropriate courtroom decorum.

We respectfully request that this letter be filed on the docket in both the main bankruptcy case and the adversary proceeding for the convenience of all parties and the Court. Thank you for the Court's consideration.

April 27, 2026
Page 2

Respectfully submitted,

GREENBERG TRAURlG, LLP


By: /s/ Philip J. George
         Philip J. George


cc: Solomon Rosengarten, Esq. (via email: vokma@aol.com)