**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re:

CREATIVE KIDS ENTERPRISES LLC,          Chapter 11

Debtor.          Case No. 25-23105 (SAB)

-----------------------------------------------------------X

## ORDER DISMISSING CHAPTER 11 CASE

Upon consideration of the *Motion to Dismiss Chapter 11 Case* (ECF No. 22, the "Motion to Dismiss") of William K. Harrington, the United States Trustee for Region 2, for an order pursuant to § 1112(b) dismissing the chapter 11 case of Creative Kids Enterprises LLC (the "Debtor"), or in the alternative, converting this case to a case under chapter 7 of the Bankruptcy Code; there being due and sufficient notice of the Motion to Dismiss; there being no objections to the requested relief; a hearing having been held by the Court on the Motion to Dismiss on April 28, 2026 (the "Hearing"), and upon the record of the Hearing; and the Court having found that cause exists to dismiss this case under 11 U.S.C. § 1112(b)(4)(F) and (K) for the reasons set forth on the record at the Hearing, it is hereby:

**ORDERED** that the Motion to Dismiss is granted and the Debtor's case commenced under Chapter 11 of the Bankruptcy Code is hereby dismissed pursuant to 11 U.S.C. § 1112(b)(1);

**ORDERED** that the Debtor pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) and 31 U.S.C. § 3717 within ten (10) days of the entry of this Order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period; and it is further

**ORDERED** that this Court shall retain jurisdiction over all matters relating to or arising from the enforcement of this Order.

Date: <u>April 28, 2026</u>
New York, New York

/s/ Shireen A. Barday

**HONORABLE SHIREEN A. BARDAY**
**UNITED STATES BANKRUPTCY JUDGE**